1 | Karl T. Anderson
Email:
2 | 700 East Tahquitz Canyon Way, Suite H
Palm Springs, CA 92262
3 | Telephone: (760) 778-4889

4

5 | Chapter 7 Trustee

**FILED**
**JUN - 7 2010**
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
RIVERSIDE DIVISION

In re                                   ) Case No. 04-22084-PC
                                        ) Chapter 7
ECLIPSE PACKAGING & PRINTING            )
                                        )
                                        ) **NOTICE OF UNCLAIMED**
                                        ) **DIVIDENDS**
                                        ) **3011**
                    Debtor.             )
_____)

**TO Kathleen J. Campbell, CLERK OF THE UNITED STATES BANKRUPTCY COURT:**

Please find annexed hereto Check No.1034 in the sum of $4,137.17 representing the total amount of unclaimed dividend(s) in the above-entitled debtor's estate which will create a zero balance in the bank account. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. A list of the name(s), address(es) and amount(s) to be paid to each claimant entitled to said unclaimed dividend is attached.

Dated: June ____, 2010

_____
KARL T. ANDERSON
Chapter 7 Trustee

-1-

## ATTACHMENT NO. 2

### LISTING OF DIVIDEND PAYMENTS
### (EACH CREDITOR CLASS SHOULD BE LISTED SEPARATELY)

CLASS OF CREDITOR BEING PAID: Notice of Unclaimed Dividends - 3011

PERCENTAGE PAID ON CLAIM: 1.8500%

AMOUNT/BALANCE TO DISTRIBUTE: $4,137.17

| CLAIM NUMBER | NAME & ADDRESS OF CLAIMANT | AMOUNT OF ALLOWED CLAIM | INTERIM PAYMENT | AMOUNT OF DIVIDEND |
|---|---|---|---|---|
| 1 | TANDEM STAFFING<br>PO BOX 894580<br>LOS ANGELES, CA 90189 | $145,714.06 | $0.00 | $2,694.61 |
| 4 | STRATUS SERVICES GROUP, INC.<br>c/o SUZETTE N. BERRIOS, ESQ.<br>500 CRAIG RD.<br>MANALAPAN, NJ 07726 | $78,008.29 | | $1,442.56 |
| | TOTALS: | | | $4,137.17 |

CASE NUMBER: 04-22084-PC
CASE NAME: ECLIPSE PACKAGING & PRINTING

* Total also includes employee taxes withheld.